Appeal No. 80-49. STAR STREET AREA NEIGHBORHOOD ASS'N *v.* CITY OF PAWTUCKET BOARD OF ZONING APPEALS. The plaintiff herein has appealed from an order of the Superior Court upholding a ruling of the Pawtucket Board of Zoning Appeals. There is no right of appeal from such an order. *Bassi* v. *Zoning Board of Review*, 107 R.I. 702, 271 A.2d 210 (1970).

Therefore, the plaintiff's appeal is denied and dismissed and the papers are remanded to the Superior Court. *Stone, Clifton & Clifton, Walter R. Stone*, for plaintiff.